# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 3, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

139785 & (13)

JACK DOWNEY,

      Plaintiff-Appellee,

v

FREEMAN DECORATING COMPANY &
RELIANCE NATIONAL INDEMNITY COMPANY
(INSOLVENT)/MICHIGAN PROPERTY &
CASUALTY GUARANTY ASSOCIATION,

      Defendant-Appellant.

SC: 139785
CoA: 291777
WCAC: 050306

_____

      On order of the Chief Justice, a stipulation signed by the attorneys for the parties agreeing to the dismissal of this application for leave to appeal is considered and, IT IS HEREBY ORDERED that the application for leave to appeal is DISMISSED with prejudice and without costs.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 3, 2009

_____
Clerk